UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

REBECCA E. BABCOCK,           )
                             )
        Plaintiff,           )
                             )
    v.                       )        Civil No. 09-630-B-W
                             )
MICHAEL J. ASTRUE,           )
Commissioner of Social Security,  )
                             )
        Defendant.           )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended

Decision filed October 20, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision

be VACATED and the case REMANDED for further proceedings.

　

　

            /s/ John A. Woodcock, Jr.
            JOHN A. WOODCOCK, JR.
            CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2010